# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-5380
_____

DEPARTMENT OF REVENUE, on
behalf of ASHLY NICHOL
JACKSON,

Appellant,

v.

DANNY ETIAN RIVERA,

Appellee.

_____

On appeal from the Division of Administrative Hearings.
Robert L. Kilbride, Administrative Law Judge.

October 4, 2018

PER CURIAM.

DISMISSED. *See Dep't of Revenue, on behalf of Marquez v. Lopez*, 43 Fla. L. Weekly D1753a (Fla. 1st DCA Aug. 1, 2018).

WOLF, LEWIS, and RAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Pamela Jo Bondi, Attorney General, Toni C. Bernstein, Senior Assistant Attorney General, and Carrie R. McNair, Assistant Attorney General, Office of the Attorney General, Child Support Enforcement, Tallahassee, for Appellant.

No appearance for Appellee.